# 1st Letter Dated 15 May 2016:

- 1st attempt to resolve matter with Defendant (NationStar)

# Received by NationStar: 27 May 2016



English    Customer Service    USPS Mobile                                     Register / Sign In

# USPS.COM

# USPS Tracking®

Still Have Questions?
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70143490000229726769

Updated Delivery Day: Friday, May 27, 2016

## Product & Tracking Information

**Postal Product:** First-Class Mail®

**Features:** Certified Mail™    Return Receipt

See tracking for related item: 9590940216086053806443

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| May 27, 2016, 1:13 pm | Delivered | DALLAS, TX 75261 |

Your item was delivered at 1:13 pm on May 27, 2016 in DALLAS, TX 75261.

| | | |
|---|---|---|
| May 26, 2016, 12:34 pm | Available for Pickup | DALLAS, TX 75261 |
| May 26, 2016, 11:52 am | Arrived at Unit | DALLAS, TX 75261 |
| May 26, 2016, 5:23 am | Departed USPS Facility | DALLAS, TX 75260 |
| May 25, 2016, 8:58 pm | Arrived at USPS Destination Facility | DALLAS, TX 75260 |
| May 23, 2016, 8:59 pm | Departed USPS Origin Facility | GAITHERSBURG, MD 20898 |
| May 23, 2016, 7:20 pm | Arrived at USPS Origin Facility | GAITHERSBURG, MD 20898 |
| May 23, 2016, 5:10 pm | Departed Post Office | WASHINGTON, DC 20006 |
| May 23, 2016, 12:38 pm | Acceptance | WASHINGTON, DC 20006 |

## Available Actions

## Track Another Package

Tracking (or receipt) number

[                                    ]    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.



Sign up for My USPS ›