2nd Letter Dated: 12 Oct 2016:

- 2nd attempt to resolve matter with Defendant (NationStar)

Received by NationStar: 19 Oct 2016

12 October 2016

MARC V. COLE
643 PALMERTON TER LANDOVER, MD 20785

NATIONSTAR
PO BOX 619098 DALLAS, TX 75261-9741

Re: Acct #▆▆▆▆***

To Whom It May Concern:

This letter is a follow up to my original letter dated May 15, 2016 regarding an inaccuracy on my credit reports, regarding account #59686*** which you claim my mortgage account is more than 120 days late.

Upon further investigation, I have retained new copies of my credit reports, and noticed that you did not furnish the credit bureaus with the required disclosure, within the period required by law. You are required by federal law to place a "notice of dispute" on my account within 30 days of my dispute, which you signed for on May 27, 2016.

I have retained a copy of your signature and date of receipt, as well as time-stamped copies of my credit reports, showing that you have violated the Fair Credit Reporting Act, Section 623(a)(3) by not placing the disclosure within the required 30-day period.

Be aware that I am making a final goodwill attempt to have you clear up this matter. The listed item is entirely inaccurate and incomplete, and represents a very serious error in your reporting. Additionally, you have broken federal law by not placing the notice of dispute onto my credit reports within the time required by law.

I am maintaining a careful record of my communications with you for the purpose of filing a complaint with the FTC, the CFPB, and the Attorney General's office, should you continue in your non-compliance of federal laws under the Fair Credit Reporting Act.

I further remind you that you may be liable for your willful non-compliance, as per FCRA 623(a)(3) - Responsibilities of furnishers of information to consumer reporting agencies [15 U.S.C. 1681s-2]

(3) Duty to provide notice of dispute. If the completeness or accuracy of any information furnished by any person to any consumer reporting agency is disputed to such person by a consumer, the person may not furnish the information to any consumer reporting agency without notice that such information is disputed by the consumer.

(B) Time of Notice

(I) The notice required under subparagraph (A) shall be provided to the customer prior to, or no later than 30 days after, furnishing the negative information to a consumer reporting agency described in section 603(p).

As you have violated federal law, by not properly providing the credit bureaus with proper notice within the required timeframe, and I have evidence of such, via certified mail receipts, you must

MC 10152016-7015 3430 0000 2063 6554

now remove the item. Any other action (or in-action) on your behalf will result in a small claims action against your company.

I will be seeking $5,000 in damages for the following:

1.) Defamation

2.) Negligent Enablement of Identity Fraud  3.) Violation of the Fair Credit Reporting Act

You will be required to appear in a court venue local to me, in order to formally defend yourself.

My contact information is as follows:

MARC V. COLE
643 PALMERTON TER LANDOVER, MD 20785

P.S. Please be aware that dependent upon your response, I may be detailing any potential issues with your company via an online public press release, including documentation of any potential small claims action.

MC 10152016-7015 3430 0000 2063 6554

English    Customer Service    USPS Mobile                                  Register / Sign In

# USPS.COM

## USPS Tracking®

**Still Have Questions?**
Browse our FAQs ›



Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: **70153430000020838554**

Updated Delivery Day: **Wednesday, October 19, 2016**

## Product & Tracking Information

**Postal Product:**         **Features:**
First-Class Mail®           Certified Mail™          Return Receipt

See tracking for related item: 9590940213535285026077

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 19, 2016, 9:03 am | Delivered | DALLAS, TX 75261 |

Your item was delivered at 9:03 am on October 19, 2016 in DALLAS, TX 75261.

| | | |
|---|---|---|
| October 18, 2016, 11:45 am | Available for Pickup | DALLAS, TX 75261 |
| October 18, 2016, 11:05 am | Arrived at Unit | DALLAS, TX 75261 |
| October 18, 2016, 3:40 am | Departed USPS Facility | DALLAS, TX 75260 |
| October 17, 2016, 8:43 am | Arrived at USPS Destination Facility | DALLAS, TX 75260 |
| October 15, 2016, 9:02 pm | Departed USPS Origin Facility | NEW ORLEANS, LA 70113 |
| October 15, 2016, 7:10 pm | Arrived at USPS Origin Facility | NEW ORLEANS, LA 70113 |
| October 15, 2016, 1:18 pm | Acceptance | NEW ORLEANS, LA 70113 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

Tracking (or receipt) number

[                    ]    Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

**SENDER: COMPLETE THIS SECTION**

- ■ Complete Items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   NationStar
   PO Box 619098
   Dallas, TX 75261-9741

9590 9402 1353 5285 0260 77

2. Article Number: 7015 3430 0000 2063 6554

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

   Chester Haver     ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Chester Haver                 9 OCT 2016

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
(Domestic Mail Only)

For delivery information visit our website at www.usps.com®

DALLAS, TX 75261

| | |
|---|---|
| Certified Mail Fee | $3.30 |
| Extra Services & Fees (check box, add fee as appropriate) | $2.70 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $0.47 |
| Total Postage and Fees | $6.47 |

Postmark: 10/15/2016 New Orleans, LA

Sent To: NationStar
Street and Apt. No., or PO Box No.: PO Box 619098
City, State, ZIP+4: Dallas, TX 75261-9741

7015 3430 0000 2063 6554

PS Form 3800, April 2015