27 JAN 2017

To: Judge Paula Xinis

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 JAN 27 PM 3:05

CLERK'S OFFICE
AT GREENBELT

BY________DEPUTY

From: Marc Vinson Cole

Subj: Case # 8:16-cv-04057-PX
Cole v. NationStar Mortgage LLC

Plaintiff, Marc Vinson Cole, respectfully withdraws the complaint aginst NationStar Mortgage, LLC. Plaintiff thanks the Court for it's time and attention in this matter.

Should the Court have any questions, please do not hesitate to contact the Plaintiff.

Respectfully submitted,

*[signature]*

Marc Vinson Cole
643 Palmerton Terrace
Landover, MD 20785
703-986-8810